UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUNIOR MILLINGTON,

                         Plaintiff,

-against-

FREDERICKS & REESE/CMS,

                         Defendant.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 4573 (SLT)

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on January 4, 2008, dismissing the action for failure to comply with Fed. R. Civ. P. 8; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; denying *in forma pauperis* status for the purpose of any appeal; and directing the Clerk of Court to enter judgment in favor of defendant, dismissing the action without prejudice; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the action for failure to comply with Fed. R. Civ. P. 8 is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this Order would not be taken in good faith; that *in forma pauperis* status is denied for the purpose of any appeal; and that judgment is hereby entered in favor of defendant, dismissing the action without prejudice.

Dated: Brooklyn, New York
       January 04, 2008

                                                                                              _s/ RCH
                                                                                          ROBERT C. HEINEMANN
                                                                                          Clerk of Court